# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In Re:   Lisa Dawn Morgan and Dennis Wayne      Case No. 15-13395-BFK
        Morgan     Chapter 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE OF THE
SCIG SERIES III TRUST, Movant

vs.

Lisa Dawn Morgan, Debtor
aka Lisa D Morgan
Dennis Wayne Morgan, Debtor
aka Dennis W Morgan
Thomas P. Gorman, Trustee
          Respondent(s)

## ORDER TERMINATING AUTOMATIC STAY
## CONSENT AS TO TRUSTEE
## CONSENT AS TO DEBTORS

**Real Property at 12849 Elk Run Road, Midland, Virginia 22728**

Upon consideration of the Motion for Relief from Stay filed by the Movant, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST, and the Trustee having consented to the relief requested and the Debtor having consented to the relief requested and for good cause shown and no opposition having been filed by the respondents, it is

ORDERED, that the stay of 11 U.S.C. Section 362(a) is terminated to permit the Movant to enforce the lien of its deed of trust as it pertains to the real property under the Deed of Trust dated June 6, 2007, and recorded among the land records of Fauquier County, Virginia, and secured by the real property of the Debtors at **12849 Elk Run Road, Midland, Virginia 22728** and described as follows:

### Exhibit A

All that certain land situate in Fauquier County, Virginia, and more particularly described as follows:
Lot 2, containing 2.0000 acres, more or less, according to a plat of survey prepared by James G.
Butler, Jr. & Associates, P.C. dated June 29, 1988, recorded with that certain deed in Deed Book
604 at Page 42, among the land records of Fauquier County, Virginia.
Tax Map # ■■■■■■

18-702545

IT IS FURTHER ORDERED, that this relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Date: Aug 31 2018

/s/ Brian F. Kenney
Judge, U.S. Bankruptcy Court
EASTERN District of Virginia

Entered on Docket: Aug 31 2018

I ask for this:

/s/ Dinh Ngo, Esq.
Dinh Ngo, Esq.
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, #800
Laurel, MD 20707
VSB #85661
301.490.1196
*Attorney for Movant*

Seen and Consented to:

/s/ John C. Morgan, Jr.         (by Dinh Ngo, Esq. with permission from John C.
John C. Morgan, Jr.             Morgan, Jr. based on FAX/email)
New Day Legal, PLLC
98 Alexandria Pike, Suite 10
Warrenton, Virginia  20186      X /s/ Dinh Ngo
*Attorney for Debtors*

SEEN:

/s/ Thomas P. Gorman            (by Dinh Ngo, Esq. with permission from
Thomas P. Gorman                Thomas P. Gorman based on FAX/email)
300 N. Washington St. Ste. 400
Alexandria, Virginia  22314     X /s/ Dinh Ngo
*Trustee*

18-702545

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/  Dinh Ngo, Esq.

**PARTIES TO RECEIVE COPIES**

Lisa Dawn Morgan
12849 Elk Run Road
Midland, Virginia  22728

Dennis Wayne Morgan
12849 Elk Run Road
Midland, Virginia  22728

Copies will be sent electronically via the CM/ECF system to John C. Morgan, Jr., Attorney for Debtors and Thomas P. Gorman, Trustee.

18-702545